# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| ARROW INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| PILOT GAMES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## <u>COMPLAINT</u>

Plaintiff, Arrow International, Inc. ("Arrow"), complains of Pilot Games, Inc. ("Pilot"), as follows:

1.     Founded in 1967, Arrow is the world's largest full-line manufacturer of charitable gaming products including paper pull tabs, electronic pull tab games, bingo products and electronic bingo devices. Arrow's electronic pull tab games ("E-Tab Game(s)") are among the most popular and widely used across North America, especially in charitable gaming environments.

2.     E-Tab Games digitally simulate a paper pull tab ticket on a digital platform with graphics, animation, sound effects or music and provide an immersive play experience.

3.     One of Arrow's more popular E-Tab Games in recent years is a game named *Bavarian Beauties*. This product is also available in paper form.  Example images of the display screen from Arrow's *Bavarian Beauties* game are reproduced below:





(See https://equipment.arrowinternational.com/electronic-pull-tabs/open-road and

https://equipment.arrowinternational.com/minnesota Exhibit A).

    4.        Arrow's *Bavarian Beauties* E-Tab Game combines innovative and game

mechanics to create a compelling player experience, with visually striking imagery and

audiovisual effects—centered around a Bavarian/Oktoberfest theme—that consumers have

come to associate with *Bavarian Beauties* and Arrow.

5.      Arrow has invested substantial time, effort, and creativity in developing and popularizing the gameplay, imagery, audiovisual effects, trademarks and logos of its *Bavarian Beauties* E-Tab Game.

6.      Recently, Arrow became aware of Pilot's intention to introduce an E-Tab Game having a Bavarian/Oktoberfest theme under the name *Bavarian Beauty*. An image from a social media post promoting Pilot's *Bavarian Beauty* game is reproduced below:





(https://www.facebook.com/photo/?fbid=1349178460335576&set=pcb.1349180217002067 and

https://www.facebook.com/photo/?fbid=1349178530335569&set=pcb.1349180217002067,

Exhibit B).

7.      In view of the fact that Pilot's *Bavarian Beauty* game has a nearly-identical name

as,  replicates the look and feel of, and creates an almost identical commercial impression to,

Arrow's *Bavarian Beauties* game, Pilot's *Bavarian Beauty* E-Tab Game is likely to confuse and

mislead the public and potential purchasers as to the source of the respective parties' games and

will infringe upon intellectual property rights Arrow has developed and owns relative its *Bavarian*

*Beauties* game.

8.      Arrow promptly wrote Pilot to attempt to stop Pilot's planned infringement and

thus avoid unnecessary litigation.  Despite representing to Arrow that it will discontinue its use in

favor of a different (as yet unidentified) title at a later date, Pilot nevertheless proceeded to launch

the infringing product on or about October 2, 2025. Further, while Pilot has represented that it has withdrawn ongoing advertisements related to the infringement, Pilot has willfully continued to sell the infringing game under that name. Due to Pilot's knowing and deliberate disregard of Arrow's notice and demand, Arrow was compelled to bring the present suit to protect its rights.

9.      This Complaint includes claims for trademark infringement and false designation of origin under Sections 32 and 43 of the Lanham Act, 15 U.S.C. § 1051 *et seq*. (the "Lanham Act"), unfair competition under the common law of Minnesota, and deceptive trade practices in violation of the statutory law of Minnesota, Minn. Stat. § 325D.43 *et seq*.

## THE PARTIES

### Arrow International, Inc.

10.      Plaintiff Arrow International, Inc. is an Ohio corporation having its principal place of business located at 9900 Clinton Road, Cleveland, Ohio, 44144.  Arrow has over 1500 employees, including four major manufacturing facilities in Cleveland, Seattle, Canada, and the United Kingdom.

11.      Arrow is in the business of developing, marketing and selling its extensive charitable gaming products including paper pull tab games, jar tickets, bingo ink markers, electronic gaming equipment in the nature of E-Tab Games and various gaming accessories.

12.      Arrow has developed, promoted, offered for sale and sold an E-Tab Game named *Bavarian Beauties*, and continues to promote, offer for sale and sell such games.

13.      Arrow is the assignee and owner of the entire right, title and interest in the trademark BAVARIAN BEAUTIES, registered under United Trademark Registration No. 7,128,365 (the "BAVARIAN BEAUTIES®" Trademark).  (Registration Certificate attached as Exhibit C).

14.     Arrow filed an application to register the BAVARIAN BEAUTIES® Trademark with the United States Patent and Trademark Office ("USPTO") on November 24, 2021.  The registration for the BAVARIAN BEAUTIES® Trademark issued on August 1, 2023.

15.     The BAVARIAN BEAUTIES® trademark is associated with Arrow's *Bavarian Beauties* E-Tab Game marketed and sold through various channels and internet portals.

16.     Arrow has standing to sue for any damages and injunctive relief related to the BAVARIAN BEAUTIES® Trademark under the Lanham Act, Section 32(a).

**Pilot Games Inc.**

17.     On information and belief, Defendant Pilot Games, Inc. is a company with headquarters at 4737 County Road 101, #309 Minnetonka, Minnesota, 55345. Pilot markets and sells E-Tab Games, including a newly launched *Bavarian Beauty* E-Tab Game.

18.     Pilot advertises and its products and E-Tab Games on its social media accounts, including on Facebook and Instragram, prominently using the term BAVARIAN BEAUTY in direct competition with Arrow's BAVARIAN BEAUTIES® Trademark.

**JURISDICTION AND VENUE**

19.     Arrow incorporates all prior allegations as if set forth fully herein.

20.     This Court has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1332 and 1338(a) and (b), 15 U.S.C. § 1121 and other applicable statutes as the claims arise from the Lanham Act.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1367.

21.     This Court has subject matter jurisdiction under 28 U.S.C. § 1332 because Pilot resides in Minnesota, and Arrow is an Ohio corporation residing in Ohio and the amount in controversy exceeds $75,000.

22.     To the extent Arrow's claims arise from Minnesota statutory and/or common law, this Court has proper ancillary jurisdiction and supplemental jurisdiction in accordance with 28 U.S.C.§ 1367(a) in that the state law claims have a logical relationship to the aggregate core of operative facts relating to Arrow's claims under the Lanham Act. The state law claim is so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative fact.

23.     This Court has personal jurisdiction over Pilot because Pilot is a corporation headquartered in and conducting business within this state and is in this district.

24.     Upon information and belief, Pilot conducts business through the website https://www.pilotgames.com/. Pilot also demonstrates and advertises its E-Tab Games, including the accused *Bavarian Beauty* E-Tab Game, through its Instagram account (pilotgamesmn, at https://www.instagram.com/reel/DHWlj9Vs_aR/) and its Facebook account (https://www.facebook.com/pilotgamesmn), to its customers, including Minnesota residents of this judicial district.

25.     Upon information and belief, Pilot has known of Arrow's intellectual property rights and continued to use the BAVARIAN BEAUTIES® Trademark to benefit from the goodwill and reputation of Arrow. By doing so, Pilot has intentionally caused harm to Arrow in this district.

26.     Upon information and belief, Pilot has purposefully and willfully directed its intentional misuse and infringement of the BAVARIAN BEAUTIES® Trademark in the State of Minnesota (where Pilot is located), with knowledge that Arrow's injury would occur in the State of Minnesota.

- 7 -

27.    This Court has personal jurisdiction over Pilot, as Pilot is engaged in trademark infringement and unfair competition directed at (and/or which has caused damage to) people and entities residing in, located in or doing business in this district.

28.    Upon information and belief, Pilot transacts business in the state of Minnesota, and in this judicial district by, among other things, selling E-Tab Games to residents of Minnesota.

29.    Pilot has purposefully availed itself of the privilege of conducting business in this judicial district and has established sufficient minimum contacts with the State of Minnesota such that it should reasonably and fairly anticipate being sued in a court in Minnesota.

30.    Venue in this district is proper pursuant to 28 U.S.C. § 1391 (b) and (c).

31.    Upon information and belief, Pilot has purposefully and willfully directed its intentional misuse and infringement of the BAVARIAN BEAUTIES® Trademark at the State of Minnesota with knowledge that Arrow's injury would be felt in the State of Minnesota.

32.    Pilot is an entity which is headquartered in and transacting business within Minnesota and because a substantial part of the events giving rise to the claims occurred, and a substantial portion of the affected interstate trade and commerce described below has been and is being carried out in the District of Minnesota.

## BACKGROUND FACTS

33.    Arrow incorporates all prior allegations as if set forth fully herein.

### The BAVARIAN BEAUTIES® Trademark

34.    An image of United States Federal Trademark Registration No. 7,128,365 for the BAVARIAN BEAUTIES® Trademark is set forth below:



35.    Arrow also owns broad common law rights to the BAVARIAN BEAUTIES®

Trademark as a result of its substantial investment in marketing, advertising and promotion.

Arrow has built-up extensive goodwill and customer recognition in its BAVARIAN

BEAUTIES® mark through significant expenditures of time, effort, marketing, and sales.

## The Bavarian Beauties Trade Dress

36.    Arrow's *Bavarian Beauties* E-Tab Game prominently shows certain

graphical features and layouts that make such games recognizable and inherently distinctive.

37.    These distinctive graphical features include: a distinctive and original

character design including Bavarian female characters outfitted in off-the-shoulder low cut

dirndls, holding beer steins, and a central character having blonde colored hair with a hair style

with long side braids extending to the chest area ("Character Design"); background graphics depicting beer including a transparent golden liquid with carbonation and a frothy thin layer of white foam formed on top ("Background Art"), and a Bavarian/Octoberfest theme including Germanic motifs and other artwork such as pretzels, beer barrels, decorative beer steins and other imagery reminiscent of an alpine festival ("Theme").  The look and feel of the *Bavarian Beauties* game including the Character Design, Background Art and Theme, along with other distinctive audiovisual elements in the *Bavarian Beauties* game (collectively, the "Bavarian Beauties Trade Dress"), make the *Bavarian Beauties* game instantly recognizable to consumers. Consumers recognize the collection of features comprising the Bavarian Beauties Trade Dress as a distinctive indicator of source separate from the underlying game mechanics.

38.    Arrow owns the Bavarian Beauties Trade Dress and has used it exclusively and continuously in commerce in the United States since at least September 2022.

39.    Because the Bavarian Beauties Trade Dress is arbitrary and non-functional, the Bavarian Beauties Trade Dress is inherently distinctive and has become an indicator that the product is made by Arrow.

40.    Not only is the Bavarian Beauties Trade Dress inherently distinctive, it has also acquired distinctiveness through its widespread use and success and its association with Arrow.  Arrow has invested heavily and strategically in research, development, marketing, and protecting its *Bavarian Beauties* E-Tab Game and expended substantial resources fostering the reputation, recognition, and goodwill associated with such game. Through widespread promotional efforts, including social media advertising, Arrow has consistently and prominently featured the distinctive visual elements of the *Bavarian Beauties* Trade Dress. As a result of these deliberate and sustained efforts, consumers across the charitable gaming

industry associate the *Bavarian Beauties* Trade Dress exclusively with Arrow and view it as a hallmark of quality, authenticity, and origin.

41.      As a result of Arrow's substantial investments in research, development and marketing, Bavarian Beauties has been very successful across the U.S., including within the State of Minnesota. *Bavarian Beautie*s has become a recognizable title in electronic charitable gaming, and its trade dress serves as an immediate source identifier for Arrow. The *Bavarian Beauties* Trade Dress embodies Arrow's considerable goodwill and brand equity, assets that competitors now seek to exploit.

### Pilot's Improper Use of the BAVARIAN BEAUTIES® Trademark

42.      Upon information and belief, Pilot began advertising and selling its *Bavarian Beauty* E-Tab Game in October, 2025.

43.      Pilot's use of the BAVARIAN BEAUTY name demonstrates that Pilot recognizes the value of the BAVARIAN BEAUTIES® trademark.

### Evidence of Confusion Caused by Pilot

44.      Pilot competes with Arrow in the charitable gaming industry, and more particularly in relation to E-Tab Games.

45.      The Pilot's Facebook site advertising its Bavarian Beauty E-Tab Games are displayed alongside Arrow's site advertising its BAVARIAN BEAUTIES® Trademark in the google results page when searching for the phrase "Bavarian Beauty pull tab games":


Arrow International, Inc.
https://www.pulltabpayouts.com › TikTab › browseAI   ⋮

## Arrow Pull Tabs

Arrow Pull Tabs. Pull Tabs. BAVARIAN BEAUTIES. page 1 of 1. Line Lists. View Current Inventory ·
Download Inventory(xls) · Download Entire Inventory. Ticket ...


mn.gov
https://mn.gov › gcb › assets › Games Approved 2...   **PDF**   ⋮

## Games Approved by Board April 2025 – MN.gov

Apr 21, 2025 — **Bavarian Beauties**. 7732Q. $1.00. 3,159. 76%. $204. PT. 2. Arrow International ... Pull-tab
Event Game. PTE. Pull-tab Multi-Seal Game. PTM. Pull- ...
16 pages


Facebook
https://www.facebook.com › ... › Brand › Software   ⋮

## Pilot Games | Minnetonka MN

Oktoberfest vibes, Bavarian wins. **Play Bavarian Beauty** and join the celebration today! #Minnesota
#newgame #pulltabs.

(Exhibit D, at p.1)

46.       Use of the name BAVARIAN BEAUTY by Pilot is likely to cause confusion,
mistakes and deception with Arrow's BAVARIAN BEAUTIES® Trademark.

47.       Pilot's use of BAVARIAN BEAUTY has and/or will adversely and
materially impact marketing and sales of Arrow's own BAVARIAN BEAUTIES E-Tab Game
product.

## COUNT I: FEDERAL TRADEMARK INFRINGEMENT
### (Lanham Act Section 32(a))

48.       Arrow incorporates all prior allegations as if set forth fully herein.

49.       This Court has jurisdiction over the subject matter of this claim, this being a
claim of trademark infringement arising under the Trademark Laws of the United States as codified

in 15 U.S.C. § 1051 et seq.

50.     Arrow owns United States Trademark Reg. No. 7,128,365 for the BAVARIAN BEAUTIES® Trademark.

51.     The BAVARIAN BEAUTIES® Trademark is inherently distinctive. In addition, based on Arrow's extensive advertising, sales and the wide popularity of the *Bavarian Beauties* E-Tab Game, the BAVARIAN BEAUTIES® Trademark has obtained secondary meaning so that the E-Tab Games offered under the BAVARIAN BEAUTIES® Trademark are immediately associated by purchasers and the public as being a product of and affiliated with Arrow.

52.     Pilot has copied or otherwise imitated the BAVARIAN BEAUTIES® Trademark in connection with selling, distributing and advertising Pilot's E-Tab Games.

53.     Pilot's activities set forth herein constitute use in commerce of the BAVARIAN BEAUTIES® Trademark and are likely to cause confusion to consumers.

54.     Pilot has used the BAVARIAN BEAUTY name without Arrow's consent or authorization. Upon information and belief, Pilot's use of BAVARIAN BEAUTY, including the advertising, sale and distribution of infringing products in interstate commerce under such name, has caused actual confusion and is likely to cause confusion and mistake in the minds of the public and potential purchasers, leading the public and potential purchasers falsely to believe that Pilot's products and applications emanate or originate from Arrow, or falsely to believe that Arrow has approved, sponsored or otherwise endorsed or associated itself with Pilot.

55.     Pilot has intentionally used the BAVARIAN BEAUTY name in connection with its offering for sale, sale and distribution of goods associated therewith knowing that such

trademark is confusingly similar to Arrow's exclusive property in and to the BAVARIAN BEAUTIES® Trademark.

56.     Pilot engaged in commercial activities involving the BAVARIAN BEAUTY name with the intent to confuse and deceive consumers into believing that Pilot, and the goods it sells, are in some way sponsored by, or affiliated with or associated with Arrow or its products.

57.     Pilot's unauthorized use of the BAVARIAN BEAUTY name as set forth herein has resulted in Pilot unfairly benefiting from Arrow's advertising and promotion and profiting from Arrow's reputation and its registered trademarks to the substantial and irreparable injury of the public, Arrow, the BAVARIAN BEAUTIES® Trademark and the substantial goodwill represented thereby.

58.     Pilot's aforesaid acts constitute trademark infringement in violation of section 32 of the Lanham Act, 15 U.S.C. § 1114.

59.     Pilot's acts have caused, and will continue to cause, great and irreparable injury to Arrow, and unless such acts are restrained by this Court, Pilot will continue such acts, thereby causing Arrow to continue to suffer great and irreparable injury.

60.     Arrow has no adequate remedy at law and is suffering irreparable harm and damage as a result of the aforesaid acts of Pilot in an amount to be determined at trial.

## COUNT II: UNFAIR COMPETITION, FALSE DESIGNATION OF ORIGIN, TRADEMARK AND TRADE DRESS INFRINGEMENT
### (Lanham Act Section 43(a))

61.     Arrow incorporates all prior allegations as if set forth fully herein.

62.     This Court has jurisdiction over the subject matter of this claim, this being a claim of unfair competition and false designation of origin arising under section 43(a) of the Lanham Act, codified in 15 U.S.C. § 1125(a).

63.     Upon information and belief, Pilot is fully aware of the popularity of the significance and clear association of the BAVARIAN BEAUTIES® Trademark with E-Tab Games of Arrow.  Upon information and belief, Pilot intentionally copied and offered in interstate commerce products that infringe the BAVARIAN BEAUTIES® Trademark. Pilot's use of the BAVARIAN BEAUTY name in association with its pull tab games is confusingly similar in total image, appearance, and overall aesthetic look of the BAVARIAN BEAUTIES® Trademark.

64.     Pilot has used in commerce, and continues to use in commerce the BAVARIAN BEAUTY designation to unfairly benefit from Arrow's success by selling the same products bearing the same name in this jurisdiction.  Pilot could have selected alternative names.

65.     Pilot has used Arrow's distinctive BAVARIAN BEAUTY name and designation on its infringing products with the express intent to pass off Pilot's products as those of Arrow and to cause confusion and mistake, and to deceive and mislead the purchasing public into believing that Pilot is authorized, sponsored, affiliated with or associated with Arrow, and to trade upon Arrow's reputation for high-quality and to improperly appropriate to itself Arrow's valuable trademark rights.

66.     Sales of infringing E-Tab Games having the BAVARIAN BEAUTY name promoted, offered and sold by Pilot are likely to cause consumer confusion because of the similarity in appearance and look between Pilot's and Arrow's products and applications. Consumers will believe that Pilot's E-Tab Games are either manufactured, licensed, affiliated with or sponsored by Arrow, or are being placed on the market with Arrow's consent and/or actual or implied authority.  As a result, Arrow has been and will continue to be irreparably injured by Pilot's improper acts.

67.     Upon information and belief, Pilot has willfully, deliberately and with predatory intent, created such confusion by adopting and using a mark that is confusingly similar to the distinctive BAVARIAN BEAUTIES® Trademark associated with Arrow's products; and has advertised and sold, and threatened to advertise and sell, its E-Tab Games and products to cause public confusion and deception. Further, Pilot's sales and offers for sale of products, services and applications bearing the BAVARIAN BEAUTY Trademark have caused and threaten to cause Arrow the loss of its valuable goodwill and reputations for making and selling distinctive, unique and high-quality E-Tab Games under the BAVARIAN BEAUTIES® Trademark.

68.     The Bavarian Beauty Trade Dress is a designation of origin that identifies Arrow as the exclusive source of its goods, and distinguishes Arrow's goods, including E-Tab Games from the goods of others in the marketplace.

69.     The Bavarian Beauties Trade Dress is non-functional and inherently distinctive. In addition, based on Arrow's extensive advertising, sales and the wide popularity of the *Bavarian Beauties* E-Tab Game, the Bavarian Beauties Trade Dress has obtained secondary meaning so that the E-Tab Games offered under the Bavarian Beauties Trade Dress are immediately associated by purchasers and the public as being a product of and affiliated with Arrow.

70.     Pilot's replicating the Bavarian Beauties Trade Dress on its own products, including E-Tab Games constitutes false designation of origin, false or misleading description, and/or false or misleading representation. On information and belief, Pilot's use of a confusingly similar variation of the Bavarian Beauties Trade Dress is likely to cause, and has caused, confusion or mistake, or is likely to deceive others into believing that Pilot's products or commercial activities are sponsored or approved by or otherwise affiliated with Arrow.

71.     Such false designation, description, and/or representation constitutes unfair

- 16 -

competition and is an infringement of Arrow's rights in its Bavarian Beauty Trade Dress in violation of Section 1125(a) of the Lanham Act.

72.    Pilot's aforesaid acts constitute the use in commerce of false designations of origin, trademark and trade dress infringement, tending to falsely or misleadingly describe and/or represent Pilot's products as those of Arrow in violation of section 43(a) of the Lanham Act, 15 U.S.C. §1125(a).

73.    Pilot's wrongful acts will continue unless enjoined by this Court.

74.    Arrow has no adequate remedy at law and is suffering irreparable harm and damage as a result of the aforesaid acts of Pilot in an amount to be determined at trial.

## COUNT III: COMMON LAW UNFAIR COMPETITION

75.    Arrow incorporates all prior allegations as if set forth fully herein..

76.    As a separate cause of action and ground for relief, Arrow alleges that Pilot has been and is currently engaged in acts constituting infringement of Arrow's BAVARIAN BEAUTIES® Trademark under the common law of the State of Minnesota through Pilot's use of the name  BAVARIAN BEAUTY and the Bavarian Beauty Trade Dress in commerce in Minnesota in connection with the sale, offering for sale, distribution, and/or advertisement of E-Tab Games in a manner that creates a likelihood of confusion, mistake, or deception.

77.    Pilot's infringing conduct is causing and is likely to cause injury to the public, and is causing and is likely to cause Arrow to suffer irreparable injury. Arrow is entitled to damages and injunctive relief pursuant to the common law of Minnesota.

## COUNT IV: DECEPTIVE TRADE PRACTICES
## IN VIOLATION OF MINN. STAT. §§ 325D.44

78.    Arrow incorporates all prior allegations as if set forth fully herein.

79.     As a separate cause of action and ground for relief, Arrow alleges that Pilot, by using the name BAVARIAN BEAUTY and the Bavarian Beauties Trade Dress in connection with the promotion, offer for sale, and sale of E-Tab Games, causes likelihood of confusion or misunderstanding as to the source, sponsorship, approval, or certification of goods or services, or causes likelihood of confusion or misunderstanding as to affiliation, connection, or association with, or certification by Arrow, within the meaning of the Minnesota Uniform Deceptive Trade Practices Act, Minn. Stat. §§ 325D.43 et seq., and in violation of .Minn. Stat. § 325D.44. 69.

80.     Pilot's actions constitute willful deceptive trade practices within the meaning of Minn. Stat. §§ 325D.43 et seq. Arrow is likely to be damaged by Pilot's actions, and is entitled to an injunction, costs, and attorneys' fees, pursuant to Minn. Stat. 325D.45.

## PRAYER FOR RELIEF

WHEREFORE, Arrow demands judgment against the Pilot as follows:

A.     That the Court order that Pilot, its officers, agents, directors, servants, employees, representatives, successors, and assigns and all persons, firms or corporations in active concert or participation with Pilot, be immediately and permanently enjoined from:

> (1)     directly or indirectly infringing Arrow's trademark as described above in any manner including generally, but not limited to, copying, distributing, advertising, selling, and/or offering for sale any merchandise that infringes the BAVARIAN BEAUTIES® Trademark including without limitation Pilot's products using the BAVARIAN BEAUTY name, and specifically distributing, advertising, selling and/or offering for sale unauthorized copies of the BAVARIAN BEAUTIES® Trademark or any other unauthorized

goods that picture, reproduce, or utilize the likenesses of or which copy or bear a substantial similarity to any of Arrow's trademarks;

(2)    using the BAVARIAN BEAUTIES® trademark, the Bavarian Beauties Trade Dress and trade dress rights or marks confusingly similar thereto; using the name BAVARIAN BEAUTY on or in association with any E-Tab Games or related products; advertising (over the Internet, through catalogs or otherwise), selling, importing, exporting, using, accepting orders for or offering to sell products in conjunction with the BAVARIAN BEAUTY® Trademark the Bavarian Beauties Trade Dress and trade dress rights or marks confusingly similar thereto; engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Pilot's customers and/or members of the public to believe that, the actions of Pilot, the products sold by Pilot or Pilot itself are connected with Arrow, are sponsored, approved, or licensed by Arrow, or are in some way connected or affiliated with Arrow; causing further confusion with and injury to Arrow's reputation, business and the BAVARIAN BEAUTIES® Trademark and common law trademarks;

(3)    otherwise competing unfairly with Arrow in any manner;

(4)    diluting and infringing the BAVARIAN BEAUTIES® trademark and damaging Arrow's goodwill, reputations and businesses.

B.    That Arrow be awarded damages in an amount sufficient to compensate it for the injuries it has sustained by reason of Pilot's unlawful acts, including Arrow's loss of goodwill, loss of past and/or future sales and damages caused by Pilot's acts of trademark and

trade dress infringement, as well as for State common law unfair competition. That Arrow be awarded increased damages based upon the intentional and willful nature of Pilot's conduct of the kind complained of herein. That Arrow be awarded all profits received by Pilot from the sale of products identified or advertised through the use of identical or confusingly similar designations of the BAVARIAN BEAUTIES® trademark.

C.      That the Court issue an order requiring Pilot to pay to Arrow such damages as Arrow has sustained as a consequence of Pilot's infringement of the BAVARIAN BEAUTIES® Trademark and the Bavarian Beauties Trade Dress and unfair competition and to account for all gains, profits, and advantages derived by Pilot from the sale of its infringing merchandise bearing the BAVARIAN BEAUTIES® Trademark and that the award to Arrow be trebled as provided for under 15 U.S.C. § 1117.

D.      That the Court issue an order that Arrow recover the costs of this action together with reasonable attorneys' and investigators' fees and prejudgment interest in accordance with 15 U.S.C. § 1117.

E.      That Arrow be awarded punitive damages for Pilot's willful and malicious acts of common law unfair competition.

F.      That Pilot be ordered to deliver up for destruction all advertisements, circulars, brochures, games, and any other items in its possession, custody or control bearing the BAVARIAN BEAUTY mark or any other similar designations.

G.      That Pilot be ordered to (a) prepare and send to its customers and the general public corrective statements approved by Arrow to disclaim any association between Pilot and Arrow and/or its products; and (b) to recall and make reasonable efforts to obtain the return of

any infringing or confusingly similar products from its customers.

       H.     That judgment be entered in favor of Arrow and against Pilot on each claim made in the Complaint.

       I.     That the Court provide Arrow with such other and further relief as it deems just and proper, or that Arrow may be entitled to under the law.

## JURY DEMAND

A trial by jury is demanded on all issues triable to a jury in this case.

Respectfully submitted,

*/s/Todd S. Werner*
Todd S. Werner (Bar No.033019X)
William R. Woodford (Bar No.0322593)
Jason M. Zucchi (Bar No. 0387908)
AVANTECH LAW, LLP
80 South 8th Street, Suite 900
Minneapolis, MN 55402
Phone: (612) 895-2722
werner@avantechlaw.com
woodford@avantechlaw.com
zucchi@avantechlaw.com

OF COUNSEL:

Arthur A. Gasey (pro hac vice application forthcoming)
Patrick F. Solon (pro hac vice application forthcoming)
VITALE, VICKREY, NIRO, SOLON & GASEY LLP
311 S. Wacker Dr., Suite 2200
Chicago, IL 60606
Tel.: (312) 236-0733
*gasey@vvnlaw.com*
*solon@vvnlaw.com*

*Attorneys for Plaintiff,*
*Arrow International, Inc.*